CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Carolina Medical Sales, Inc., and AmeriCare Health Systems, | ) ) ) ) | |
| vs Plaintiff | ) ) ) | Civil Action No._____ |
| Michael O. Leavitt, Secretary of Department of Health and Human Services, and Leslie Norwalk, Acting Administrator of Centers for Medicare and Medicaid Services, | ) ) ) ) ) | |
| Defendant | ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Carolina Medical Sales, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Carolina Medical Sales, Inc.  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Caroline Mew*
Signature

467354
BAR IDENTIFICATION NO.

Caroline Mew
Print Name

Fulbright & Jaworski LLP, 801 Pennsylvania Avenue, NW
Address

Washington, DC 20004
City        State        Zip Code

202-662-0200
Phone Number