CO-386-online
10/03

# United States District Court
# For the District of Columbia

Carolina Medical Sales, Inc., and )
AmeriCare Health Systems, )
)
)
                Plaintiff )    Civil Action No._____
    vs )
Michael O. Leavitt, Secretary of Department of Health and )
Human Services, and Leslie Norwalk, Acting Administrator )
of Centers for Medicare and Medicaid Services, )
)
                Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for   AmeriCare Health Systems   certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   AmeriCare Health Systems   which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature: Caroline Mew]*
Signature

467354
BAR IDENTIFICATION NO.

Caroline Mew
Print Name

Fulbright & Jaworski LLP, 801 Pennsylvania Avenue, NW
Address

Washington, DC 20004
City        State        Zip Code

202-662-0200
Phone Number