A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Carolina Medical Sales, Inc. et al.

        Plaintiff(s)            )
                                        )    **APPEARANCE**
                                       )
                       vs.             )    CASE NUMBER    1:07-cv-01298-RMU
Leavitt et al.                             )
                                     )
       Defendant(s)       )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Frederick Robinson  as counsel in this
                                  (Attorney's Name)

case for:  Plaintiffs
          (Name of party or parties)

July 30, 2007
Date

                                                  *[signature]*
                                                  Signature

367223                                             Frederick Robinson
BAR IDENTIFICATION                    Print Name

                                                  801 Pennsylvania Avenue NW
                                                  Address

                                                  Washington, DC 20004
                                                  City           State           Zip Code

                                                  202-662-0200
                                                  Phone Number