# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLINA MEDICAL SALES, INC.,<br>AMERICARE HEALTH SYSTEMS,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, in his official capacity<br>as Secretary, United States Department of Health<br>and Human Services, and LESLIE NORWALK,<br>in her official capacity as Acting Administrator,<br>Centers for Medicare and Medicaid Services,<br><br>Defendants. | Civil Action No. 07-cv-01298-RMU |

## PROOF OF SERVICE

Pursuant to Fed. R. Civ. P. 4(i) and (l), it is hereby certified that on the 1st day of August, 2007, a summons and a copy of the Complaint in this case were sent, via certified mail, return receipt requested, to the following:

Attorney General of the United States
c/o Department of Justice
Room B-103
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

United States Attorney for the District of Columbia
c/o Civil Process Clerk
U.S. Attorney's Office – Civil Division
501 3rd Street, N.W.
Washington, DC 20530

Secretary, Department of Health & Human Services
c/o General Counsel
Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

Acting Administrator, Centers for Medicare and Medicaid Services
c/o General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

Attached as Exhibit A are photocopies of the domestic return receipt cards indicating the summons and Complaint were received by the Acting Administrator, Centers of Medicare and Medicaid Services, the Secretary, Department of Health and Human Services, and the Attorney General on August 6, 2007 and by the United States Attorney on August 10, 2007.

Dated:  September 7, 2007                    Respectfully submitted,


                                             /s/ Frederick Robinson
                                             Frederick Robinson
                                             D.C. Bar. No. 367223
                                             Caroline M. Mew
                                             D.C. Bar No. 467354
                                             FULBRIGHT & JAWORSKI L.L.P.
                                             801 Pennsylvania Avenue N.W.
                                             Washington, D.C. 20004
                                             (202) 662-0200

                                             Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail on September 7, 2007 to the Attorney General of the United States c/o Department of Justice, Room B-103, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530; United States Attorney for the District of Columbia c/o Civil Process Clerk, U.S. Attorney's Office – Civil Division, 501 3rd Street, N.W., Washington, D.C. 20530; Secretary, Department of Health & Human Services, c/o General Counsel, Department of Health & Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201, and the Acting Administrator, Centers for Medicare and Medicaid Services, c/o General Counsel, Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201. We further certify that a true and correct copy of the foregoing was filed by electronic means with the United States District Court for the District of Columbia on September 7, 2007.

FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-0200
Facsimile: (202) 662-4643

By: /s/ Frederick Robinson
    Frederick Robinson, D.C. Bar No. 367223
    Caroline Mew, D.C. Bar. No. 467354

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CAROLINA MEDICAL SALES, INC., AMERICARE HEALTH SYSTEMS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-cv-01298-RMU |
| MICHAEL O. LEAVITT, in his official capacity as Secretary, United States Department of Health and Human Services, and LESLIE NORWALK, in her official capacity as Acting Administrator, Centers for Medicare and Medicaid Services, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

<u>**PROOF OF SERVICE**</u>

**EXHIBIT A**

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | $ | 1.41 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | 6.28 |

Postmark
Here
AUG

United States Attorney for the District of
Columbia
c/o Civil Process Clerk
U.S. Attorney's Office – Civil Division
501 3rd Street, NW
Washington, DC 20530

7003 2260 0000 5159 3254

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney for the District of
Columbia
c/o Civil Process Clerk
U.S. Attorney's Office – Civil Division
501 3rd Street, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
AUG 1 0 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7003 2260 0000 5159 3254

PS Form **3811**, August 2001          Domestic Return Receipt          102595-02-M-1540



**UNITED STATES**
**POSTAL SERVICE ®**

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0000 5159 3254**
Status: **Delivered**

Your item was delivered at 10:48 AM on August 10, 2007 in
WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here

7003 2260 0000 5159 3247

Attorney General of the United States
c/o Department of Justice
Room B-103
950 Pennsylvania Avenue, NW
Washington, DC 20530

PS Form 3800

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
c/o Department of Justice
Room B-103
950 Pennsylvania Avenue, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

AUG 0 6 2007

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 2260 0000 5159 3247

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



**UNITED STATES POSTAL SERVICE®**

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0000 5159 3247**
Status: **Delivered**

Your item was delivered at 4:56 AM on August 6, 2007 in
WASHINGTON, DC 20530.

( Additional Details > )    ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | 6.28 |

Postmark Here

AUG 1 2007

Acting Administrator Centers for
Medicare and Medicaid Services
c/o General Counsel
Department of Health & Human Services
200 Independence Avenue, SW
Washington, DC 20201

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Acting Administrator Centers for
Medicare and Medicaid Services
c/o General Counsel
Department of Health & Human Services
200 Independence Avenue, SW
Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from servi    7003 2260 0000 5159 3223

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540


**UNITED STATES POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0000 5159 3223**
Status: **Delivered**

Your item was delivered at 7:39 AM on August 6, 2007 in WASHINGTON, DC 20201.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )

**POSTAL INSPECTORS**   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.48 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $6.28 |

Postmark Here

Secretary, Department of Health &
Human Services
c/o General Counsel
Department of Health & Human Services
200 Independence Avenue, SW
Washington, DC 20201

7003 2260 0000 5159 3230

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Secretary, Department of Health &
Human Services
c/o General Counsel
Department of Health & Human Services
200 Independence Avenue, SW
Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**2. Article Number**
(Transfer from service label)   7003 2260 0000 5159 3230

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540



**UNITED STATES POSTAL SERVICE®**

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7003 2260 0000 5159 3230**
Status: **Delivered**

Your item was delivered at 7:39 AM on August 6, 2007 in WASHINGTON, DC 20201.

( Additional Details > )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

#### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    ( Go > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy