UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLINA MEDICAL SALES, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01298 |
| ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
| U.S. Department of Health ) | |
| and Human Services, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants, by and through their undersigned counsel, respectfully move this Court for a 60-day enlargement of time, up to and including December 11, 2007, to answer or otherwise respond to Plaintiffs' Complaint. In support of the instant motion, Defendants state as follows:

1. Plaintiffs instituted this action with the filing of their Complaint on July 20, 2007.

2. Plaintiffs' Complaint was served on the Office of the United States Attorney for the District of Columbia on August 13, 2007. Thus, the current deadline for Defendants' response to Plaintiffs' Complaint is October 12, 2007. See Fed. R. Civ. P. 12(a)(3)(A); Fed. R. Civ. P. 6(a).

3. Plaintiffs allege that Defendants' implementation of a program for the competitive acquisition of competitively priced items and services that are covered under Part B of Medicare is unlawful. The matter at issue in this action requires careful review of the administrative record before Defendants answer or otherwise respond to the Complaint. The administrative record is in the process of being compiled.

4. The Defendants' counsel has not yet received the administrative record for this action. Once received, Defendants' counsel will need time to review it, consult with the agency as necessary, and prepare an appropriate response to Plaintiffs' Complaint.

5. In order to allow sufficient time for Defendants' counsel to review that record, to consult with the agency as necessary, and to prepare an appropriate response to the Complaint, Defendants respectfully requests an enlargement of time of 60 days, up to and including December 11, 2007, within which to answer or otherwise respond to Plaintiffs' Complaint.

6. Pursuant to Local Rule 7(m), Defendants' counsel contacted Plaintiffs' counsel, Caroline M. Mew, on October 3, 2007, regarding this motion. Plaintiffs, through counsel, do not consent to this motion.[1]

7. This request is made in good faith and not for the purpose of delay.

8. Defendants have not previously requested or been given an extension of time to respond to Plaintiffs' Complaint.

9. There are no other previously scheduled deadlines in this case.

---

[1] Plaintiffs' counsel indicated that plaintiffs would agree only to a 30-day enlargement.

    A proposed Order is attached.

October 4, 2007                                               Respectfully submitted,

                                                              PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

SHEILA LIEBER
Deputy Director
Federal Programs Branch
U.S. Department of Justice

/s/ Siobhan K. Madison
Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
615 Chestnut Street
Philadelphia, PA 19106

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 4, 2007, a true and correct copy of the foregoing Motion for Enlargement of Time to Answer Or Otherwise Respond to Plaintiffs' Complaint was electronically filed through the U.S. District Court for the District of Columbia Electronic Case Filing system (ECF) and that the document is available for viewing on that system.

                                              /s/ Siobhan K. Madison
                                              SIOBHAN K. MADISON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLINA MEDICAL SALES, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01298 |
| ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
| U.S. Department of Health ) | |
| and Human Services, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Having considered Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint is hereby granted, and it is

FURTHER ORDERED that Defendants shall have up to and including December 11, 2007, to answer or otherwise respond to Plaintiffs' Complaint.

_____
The Honorable Ricardo M. Urbina
United States District Judge