IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLINA MEDICAL SALES, INC., et al. ) | |
| v. ) | No. 1:07-cv-01298-RMU |
| LEAVITT, et al. ) | |
| Defendants. ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to L. Civ. R. 7, Plaintiffs Carolina Medical Sales, Inc. and Americare Health Systems (collectively "Plaintiffs") hereby respond in opposition to Defendants' motion for a sixty (60) day enlargement of time to answer or otherwise respond to Plaintiffs' complaint, as follows:

1. Defendants state that they require "careful review of the administrative record" before they can answer or otherwise respond to the complaint. The allegations in Plaintiffs' complaint, however, primarily raise issues of law, and information in the administrative record should not be directly relevant to most of the allegations in the complaint. Moreover, if Defendants intend to respond to the complaint by filing a motion to dismiss under Fed. R. Civ. P. 12, the allegations in the complaint will be presumed to be true for purposes of the motion. Accordingly, review of the administrative record will not be necessary until after the motion to dismiss is denied.

2. The Defendants state that the Office of the United States Attorney was served with a copy of the complaint on August 13, 2007. The return of service filed in this case, however, shows that a copy of the complaint was served on the United States Attorney for the

District of Columbia on August 10, 2007.  Defendants' answer is currently due on October 9, 2007, not October 12, 2007, as Defendants have stated.  Furthermore, the Attorney General of the United States received the complaint on August 6, 2007, the Acting Administrator for the Centers for Medicare and Medicaid Services received the complaint on August 6, 2007, and the Secretary of the Department of Health & Human Services received the complaint on August 6, 2007.  The Defendants received a copy of the complaint almost two months ago, yet Defendants also state that their counsel has not yet received the administrative record in this case.  Defendants do not indicate when the administrative record was requested.

3. The legal issues raised in this case require prompt resolution.  Plaintiffs are challenging Defendants' competitive bidding program for mail order diabetic supplies on the basis that it is unauthorized under the Medicare Act and was instituted without notice and comment rulemaking.  The process for selecting contractors for the competitive bidding program is already underway.  The deadline for receipt of bids was September 25, 2007.  Successful bidders are likely to be announced in early 2008, and the contract period for the new competitive bidding program is scheduled to begin July 1, 2008.  It is in the interest of both Plaintiffs and Defendants to have Plaintiffs' legal challenge to the competitive bidding program resolved as soon as possible, before more resources are expended by all parties in moving forward with an unlawful program.

4. Plaintiffs have consented to a thirty (30) day enlargement of time for Defendants to answer or otherwise respond to the complaint.  This would allow Defendants a total of ninety (90) days total to respond to the complaint, a more than adequate amount of time based on the nature of the allegations in the complaint.

Wherefore, for the foregoing reasons, Plaintiffs respectfully request that the Court deny Defendants' motion for a sixty day enlargement of time to answer or otherwise respond to the complaint.

Dated: October 4, 2007

                                      Respectfully submitted,

                                      /s/ Frederick Robinson_____
                                    Frederick Robinson
                                    D.C. Bar. No. 367223
                                    Caroline M. Mew
                                    D.C. Bar No. 467354
                                    FULBRIGHT & JAWORSKI L.L.P.
                                    801 Pennsylvania Avenue N.W.
                                    Washington, D.C. 20004
                                    (202) 662-0200

                                    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CAROLINA MEDICAL SALES, INC., et al.        )
                                            )
        v.                                  )   No. 1:07-cv-01298-RMU
                                            )
LEAVITT, et al.                             )
                                            )
        Defendants.                         )
_____)

**PROPOSED ORDER**

This matter is before the Court on Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint. Plaintiffs oppose the motion.

It appearing to the Court that Defendants have failed to show good cause for their requested sixty (60) day enlargement of time to answer or otherwise respond to the complaint, the motion is hereby DENIED. Defendants are hereby GRANTED an enlargement of time of thirty (30) days to answer or otherwise respond to the complaint, to and including November 8, 2007.

Dated: October ___, 2007.

                                            _____
                                            United States District Judge