UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLINA MEDICAL SALES, INC. et al., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary, United States Department of <br> Health and Human Services, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. Action No. 07-1298 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Charlotte A. Abel.

Dated: October 4, 2007               Respectfully submitted,


                                    /s/
                                    CHARLOTTE A. ABEL
                                    D.C. Bar No. 388582
                                    Assistant United States Attorney
                                    555 Fourth St., N.W.
                                    Washington, D.C. 20530
                                    (202) 307-2332