UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLINA MEDICAL SALES, INC., ) <br> AND AMERICARE HEALTH ) <br> SYSTEMS ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br> U.S. Department of Health ) <br> and Human Services, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:07-CV-01298 (RMU) |

PRAECIPE

Defendant requests that the Clerk of the Court enter the appearance of the undersigned, Linda L. Keyser, as a counsel of record for Defendant in the above-captioned case. Ms. Keyser is a member of the bar in good standing in the state of Maryland. Ms. Keyser's contact information is as follows.

    Linda L. Keyser
    Attorney
    U.S. Department of Health and Human Services
    Office of the General Counsel, CMS Division
    330 Independence Ave., Room 5327D
    Washington, D.C. 20201
    (202) 205-8779 / Fax: (202) 401-1405
    Email: linda.keyser@hhs.gov

Respectfully submitted,

_____/s/_____
LINDA L. KEYSER
Attorney
U.S. Department of Health and
 Human Services
Office of the General Counsel
Room 5327D, Cohen Bldg.
330 Independence Ave, SW
Washington, DC  20201
(202) 205-8779
Facsimile: (202) 401-1405

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 7, 2007, an electronic copy of the foregoing Praecipe will be served on Plaintiff's counsel via the United States District Court's Electronic Case Filing system.

Respectfully submitted,

_____/s/_____
LINDA KEYSER

Counsel for Defendant