UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLINA MEDICAL SALES, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, et al. | ) ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION NO. 07-cv-01298

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that C. LEE REEVES, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for defendants.

Respectfully submitted,

JEFFREY BUCHOLTZ
Acting Assistant Attorney General
SHEILA M. LIEBER
Deputy Branch Director, Civil Division, Federal Programs Branch

_____/s/_____
C. LEE REEVES
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7109
Washington, D.C. 20530
Telephone: (202) 514-4805
Facsimile: (202) 616-8470
Email: lee.reeves@usdoj.gov

Attorneys for the United States of America