UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLINA MEDICAL SALES, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, et al. | ) ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION NO. 07-cv-01298

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Undersigned counsel respectfully requests that the Court grant defendants an extension of time to file an answer to Plaintiffs' Complaint in the above-captioned matter. Defendants previously requested and received one sixty day extension of time. As it currently stands, defendants' answer is due Tuesday, December 11, 2007.

Defendants' prior counsel of record, Siobahn Madison, left the employ of the Department of Justice on Friday, November 30, 2007, and this case was subsequently transferred to the undersigned this week. To that end, undersigned counsel is substituted as counsel of record and entered a notice of appearance yesterday, December 6, 2007, on behalf of defendants.

Given that the undersigned had no prior knowledge of or familiarity with this case, defendants request that the Court grant a forty-five (45) day extension of time to prepare a response to that Complaint, including, potentially, a dispositive motion. Immediately upon receipt of this complaint, and pursuant to Local Civil Rule 7(m), undersigned counsel contacted plaintiffs' counsel to obtain their views on this motion. Plaintiffs' counsel has informed me that plaintiffs oppose this motion. Immediately upon learning of plaintiffs' opposition to this motion,

and in a good faith attempt to comply with Paragraph 5 of this Court's standing order in civil cases, defendants promptly filed this motion.

                                              Respectfully submitted,

                                              JEFFREY BUCHOLTZ
                                              Acting Assistant Attorney General
                                              SHEILA M. LIEBER
                                              Deputy Branch Director, Civil Division, Federal Programs Branch

                                              _____/s/_____
                                              C. LEE REEVES
                                              Trial Attorney
                                              Civil Division, Federal Programs Branch
                                              United States Department of Justice
                                              20 Massachusetts Ave., N.W., Room 7109
                                              Washington, D.C.  20530
                                              Telephone:  (202) 514-4805
                                              Facsimile:   (202) 616-8470
                                              Email: lee.reeves@usdoj.gov

                                              Attorneys for the United States of America