IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                    )
CAROLINA MEDICAL SALES, INC., et al.,)
                                    )
                Plaintiffs,         )
                                    )
     v.                             )   No. 1:07-cv-01298-RMU
                                    )
LEAVITT, et al.,                    )
                                    )
                Defendants.         )
_____)
```

**PLAINTIFFS' UNOPPOSED MOTION FOR TEN-DAY EXTENSION OF TIME
TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to L. Civ. R. 7, Plaintiffs Carolina Medical Sales, Inc. and Americare Health Systems (collectively "Plaintiffs") hereby move the Court for a ten (10) day extension of time, through and including February, 1, 2008, to file their opposition to Defendants' motion to dismiss. In support of this motion, Plaintiffs state:

1. Defendants filed their motion to dismiss on January 11, 2008, after obtaining two extensions of time, totaling ninety (90) days, to answer or otherwise respond to Plaintiffs' complaint.

2. Plaintiffs' opposition to Defendants' motion to dismiss is currently due January 22, 2008. *See* Local R. 7(b). Five of the eleven days available to Plaintiffs to prepare their opposition brief are weekend days or holidays, and lead litigation counsel for Plaintiffs is unavoidably out of the office tending to another case for many of these days.

3. While time remains of the essence in this case, Plaintiffs require additional time to fully and adequately respond to the issues raised in Defendants' motion to dismiss.

4. This request is being made prior to the deadline for Plaintiffs' opposition and is not made for the purpose of delay.

5. Counsel for Plaintiffs conferred with counsel for Defendants on January 17, 2008, regarding this motion. Counsel for Defendants do not oppose this request.

Wherefore, for the foregoing reasons, Plaintiffs respectfully request that the Court grant their motion for a ten (10) day extension of time, through and including February 1, 2008, to file their opposition to Defendants' motion to dismiss. A proposed order is submitted herewith.

Dated: January 17, 2008.

Respectfully submitted,

 /s/ Frederick Robinson_____
Frederick Robinson
D.C. Bar. No. 367223
Caroline M. Mew
D.C. Bar No. 467354
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 662-0200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CAROLINA MEDICAL SALES, INC., et al.,       )
                                            )
                Plaintiffs,                 )
                                            )
        v.                                  )   No. 1:07-cv-01298-RMU
                                            )
LEAVITT, et al.                             )
                                            )
                Defendants.                 )
_____)

**[PROPOSED] ORDER**

This matter is before the Court on the unopposed motion of Plaintiffs for a ten (10) day extension of time, through and including February 1, 2008, to file their opposition to Defendants' motion to dismiss. For good cause shown, Plaintiffs' motion is GRANTED.

Plaintiffs are ORDERED to file their opposition to Defendants' motion to dismiss on or before February 1, 2008.

Dated: January ___, 2008.

_____
United States District Judge

Persons to be notified of entry:

C. Lee Reeves
Department of Justice
20 Massachusetts Avenue, N.W., Room 7109
Washington, D.C. 20530

Linda Keyser
Department of Health and Human Services
330 Independence Avenue, S.W., Room 5327D
Washington, D.C. 20201

Frederick Robinson
Caroline M. Mew
Fulbright & Jaworski L.L.P.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004