## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLINA MEDICAL SALES, INC., et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:07-cv-01298-RMU |
| MICHAEL O. LEAVITT, et al., ) ) | |
| Defendants. ) ) | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and All Parties of Record:

Please note the appearance of James K. Vines and Simeon M. Schopf of King & Spalding, LLP, on behalf of Plaintiffs Carolina Medical Sales, Inc., and AmeriCare Health Systems, Inc..

Respectfully submitted,

Dated: June 2, 2008

_____/s/ Simeon M. Schopf_____
James K. Vines (D.C. Bar No. 978735)
Simeon M. Schopf (D.C. Bar No. 459866)
KING & SPALDING, LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC  20006
Phone: (202) 737-0500
Fax: (202) 626-3737

*Attorneys for Plaintiffs*
*Carolina Medical Sales, Inc. and*
*AmeriCare Health Systems, Inc.*

978486 v1-6/2/2008