UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLINA MEDICAL SALES, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO. 07-cv-01298 |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, et al. | ) ) ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION MOTION**

Undersigned counsel respectfully requests that this Court grant defendants an extension of time of four (4) calendar days to respond to plaintiffs' preliminary injunction motion, until Tuesday, June 17, 2008. Defendants have not previously requested an extension of time to respond to this motion. As it currently stands, defendants' response is due Friday, June 13, 2008. Between now and then, undersigned counsel must file one dispositive and one non-dispositive motion in an unrelated case, argue a motion in a second unrelated case, and travel to San Francisco for a meeting in a third unrelated case. Accordingly, undersigned counsel respectfully requests that this Court grant defendants an extension of time to respond until June 17.

Plaintiffs filed their preliminary injunction motion yesterday, June 3, 2008. Shortly after receiving this motion, and pursuant to Local Civil Rule 7(m), undersigned counsel contacted plaintiffs' counsel to obtain plaintiffs' views on this motion. Plaintiffs do not oppose this motion.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General
SHEILA M. LIEBER
Deputy Branch Director, Civil Division, Federal Programs Branch

_____/s/_____
C. LEE REEVES
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Room 7109
Washington, D.C.  20530
Telephone:  (202) 514-4805
Facsimile:   (202) 616-8470
Email: lee.reeves@usdoj.gov

Attorneys for the United States of America