## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROLINA MEDICAL SALES, INC., et al.,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| **v.** | )     **No. 1:07-cv-01298-RMU** |
| | ) |
| **LEAVITT, et al.,** | ) ) |
| **Defendants.** | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

Plaintiffs Carolina Medical Sales, Inc. ("Carolina Medical") and AmeriCare Health Systems ("AmeriCare") (collectively, "plaintiffs") respectfully move the Court for leave to supplement the judicial record in this matter, in further support of their Application for Preliminary Injunction, filed on June 3, 2008.  Plaintiffs wish to supplement the record to include recent correspondence from 132 members of the U.S. House of Representatives and 40 members of the United States Senate, expressing "continuing and serious concerns" with the implementation of the DMEPOS competitive bidding program at issue in this case.[1]  The three letters (attached hereto as Exhibits A, B and C) express the view, shared by Plaintiffs' in this case, that the Secretary has not properly implemented Congress' directive to establish a competitive bidding program for certain DMEPOS items and services.  The letters also solicit support from the leadership in both the House and Senate for legislation to delay the implementation of the DMEPOS competitive bidding program.  While such relief is consistent with the plaintiffs' narrower request for relief in the present matter, it is not likely that Congress

---

[1]     The letters plaintiffs wish to include in the judicial record in this case are accessible on the American Association for Homecare website *See* http://www.aahomecare.org/ (last accessed on June 12, 2008).

will act in time to avoid the irreparable harm to the plaintiffs' businesses as described in the plaintiffs' Application for a Preliminary Injunction.[2]

The attached supplemental materials are appropriate for the Court to consider in deciding Plaintiffs' Application for a Preliminary Injunction. *See Diverco, Inc. v. Cheney,* Civ. Action No. 90-18031999 1990 U.S. Dist. LEXIS 15254 (D.D.C. Nov. 15, 1990) (permitting supplementation of record to support motion for a preliminary injunction); *see generally* 10A C. Wright Miller & Kane, Federal Practice & Procedure §§ 2721-24 (3d. ed. 1998); *cf. Bolger v. District of Columbia*, 510 F. Supp. 2d 86 (D.D.C. 2007) (permitting supplementation of the record to include additional relevant materials in support of a dispositive motion).

Plaintiffs became aware of the existence of the attached letters only after submitting their Application for a Preliminary Injunction. Defendants do not oppose this Motion.

THEREFORE, plaintiffs request that the Court grant this motion for leave to supplement the judicial record in this matter with the following exhibits:

- **Exhibit A** - June 2, 2008 letter to the Honorable Charles Rangel and the Honorable Jim McCrery, Chairman and Ranking Member (respectively) of the House Committee on Ways and Means;

- **Exhibit B** - June 2, 2008 letter to the Honorable Fortney Pete Stark and the Honorable Dave Camp, Chairman and Ranking Member (respectively) of the House Committee on Ways and Means, Subcommittee on Health;

- **Exhibit C** - June 10, 2008 letter to the Honorable Harry Reid, Senate Majority Leader; the Honorable Mitch McConnell, Senate Minority Leader; and the Honorable Max Baucus and the Honorable Charles Grassley, Chairman and Ranking Member (respectively) of the Senate Committee on Finance; and

- **Exhibit D** - Declaration of Authentication by Matthew Blaschke.

Pursuant to LCvR 7(f), Counsel for the defendants does not oppose this Motion.

---

[2]     On Thursday, June 12, 2008, a bipartisan coalition of House Members introduced H.R. 6252, which would delay implementation of the DMEPOS competitive bidding program by eighteen months. The text of the legislation is available at: http://thomas.loc.gov/cgi-bin/query/D?c110:1:./temp/~c110DppXaB:: (last accessed on June 15, 2008).

Respectfully submitted,

Dated: June 16, 2008

_____/s/ Simeon M. Schopf_____
James K. Vines (D.C. Bar No. 978735)
Simeon M. Schopf (D.C. Bar No. 459866)
KING & SPALDING, LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC  20006
Phone: (202) 737-0500
Fax: (202) 626-3737

*Attorneys for Plaintiffs*
*Carolina Medical Sales, Inc. and*
*AmeriCare Health Systems, Inc.*

This foregoing has been served on all parties electronically through the ECF system

# Exhibit A

# Congress of the United States
## Washington, DC 20515

June 2, 2008

Honorable Charles Rangel            Honorable Jim McCrery
Chairman                            Ranking Member
House Committee on Ways and Means   House Committee on Ways and Means
1102 Longworth House Office Building 1102 Longworth House Office Building
Washington, D.C. 20515              Washington, D.C. 20515

Dear Chairman Rangel and Ranking Member McCrery:

We write to bring to your attention our continuing and serious concerns with the Medicare durable medical equipment, prosthetics, orthotics, and supplies (DMEPOS) competitive bidding program and ask that you support legislation this year to delay the implementation of this program until outstanding issues can be resolved.

Our overall concern is focused on the implementation of the program thus far and its implications for Medicare beneficiaries receiving high quality health care. Almost four million Medicare beneficiaries will be impacted by Round 1 of the competitive bidding program scheduled to take effect July 1. Eighteen million beneficiaries will be affected by Round 2 which is scheduled for implementation in July 2009. Our request is legislation that would delay the implementation of this program until outstanding issues are resolved.

Our first concern is the alleged discrepancies between information submitted by bidders and received by the Center for Medicare and Medicaid Services (CMS). We have all heard from long-standing companies who have offered quality homecare services for decades, but who have been excluded from the bidding program, apparently through no fault of their own. The vast majority of rejected bidders were informed that they have not submitted sufficient financial information, when in many cases, bidders have evidence they had. These rejected bidders have no appeal rights.

In other examples, reputable home oxygen providers were disqualified for allegedly bidding too low on certain individual items subject to bidding, while other providers based outside the market area were offered contracts for similarly-priced bids. Another serious concern is the reports of companies who won bids to serve beneficiaries in areas where the company has no proximate physical location and where the company has no history of serving. It is possible that contract suppliers may be able to quickly subcontract with local homecare providers, but we are very concerned that the suppliers will not be able to meet the needs of Medicare beneficiaries in bidding areas effective July 1, 2008.

Finally, we are seeking more transparency from CMS as to how bidders' financial information and service capacity were evaluated and how the single payment amount was

PRINTED ON RECYCLED PAPER

calculated. We have heard about numerous data anomalies and believe this information is critical to the bidding program's success. At the very least an internal review should be conducted to ensure the accuracy and effectiveness of the criteria for future bidding. We all agree that it is of the utmost importance that we protect access to quality medical supplies for all of Medicare beneficiaries and people with disabilities. Therefore, we urge that the implementation of Round 1 be delayed for at least a year.

Sincerely,

John Tanner, M.C.

David Hobson, M.C.

Jason Altmire, M.C.

Charlie Wilson, M.C.

Sam Farr, M.C.

Jon Porter, M.C.

Steve Chabot, M.C.

Tim Holden, M.C.

Tim Ryan, M.C.

Gary Ackerman, M.C.

Sam Graves, M.C.

Betty Sutton, M.C.

Nancy Boyda, M.C.

Michael Michaud, M.C.

Jim McGovern, M.C.

Barney Frank, M.C.

Niki Tsongas, M.C.

David Scott, M.C.

Rick Larsen, M.C.

Peter Visclosky, M.C.

David Davis, M.C.

James Oberstar, M.C.

Mark Udall, M.C.

Carolyn McCarthy, M.C.

John Spratt, M.C.

Robin Hayes, M.C.

Diana DeGette, M.C.

Dennis Moore, M.C.

John Salazar, M.C.

Robert Andrews, M.C.

Joe Courtney, M.C.

Dale Kildee, M.C.

Mike Ross, M.C.

Donald Manzullo, M.C.

Robert Wittman, M.C.

Ron Klein, M.C.

John Sarbanes, M.C.

Rob Bishop, M.C.

Rick Boucher, M.C.

Joe Baca, M.C.

Edolphus Towns, M.C.

Kendrick Meek, M.C.

Joe Donnelly, M.C.

Phil English, M.C.

Tom Allen, M.C.

Sanford Bishop, M.C.

C.A. Dutch Ruppersberger, M.C.

Debbie Wasserman Schultz, M.C.

Chris Murphy, M.C.

Bob Etheridge, M.C.

Stephanie Herseth Sandlin, M.C.

Chris Smith, M.C.

Marcy Kaptur, M.C.

Ben Chandler, M.C.

Yvette Clarke, M.C.

Hank Johnson, M.C.

Tom Price, M.C.

Jerry Moran, M.C.

Phil Gingrey, M.C.

Michael Turner, M.C.



Virgil Goode, M.C.

Mike Rogers, M.C.

Robert Scott, M.C.

Jim Cooper, M.C.

Lois Capps, M.C.

Michael McNulty, M.C.

John Duncan, M.C.

Jo Bonner, M.C.

John Murtha, M.C.

Brian Higgins, M.C.

David Price, M.C.

Jean Schmidt, M.C.

Vito Fossella, M.C.

John Barrow, M.C.

Mike Doyle, M.C.

Paul Kanjorski, M.C.

Tim Walberg, M.C.

Marsha Blackburn, M.C.

Joe Wilson, M.C.

Lincoln Davis, M.C.

Luis Fortuño, M.C.

Zach Wamp, M.C.

Jim Matheson, M.C.

Christopher Carney, M.C.

Henry Brown, M.C.

John Lewis, M.C.

John Yarmuth, M.C.

John Westmoreland, M.C.

Ralph Regula, M.C.

Patrick Tiberi, M.C.

Danny Davis, M.C.

Paul Broun, M.C.

Peter Roskam, M.C.

Steven LaTourette, M.C.

Gus Bilirakis, M.C.

Tim Murphy, M.C.

Albio Sires, M.C.

Melvin Watt, M.C.

Shelley Moore Capito, M.C.

Heath Shuler, M.C.

Nick Rahall, M.C.

Michael Arcuri, M.C.

Mike Thompson, M.C.

Ileana Ros-Lehtinen, M.C.

Lincoln Díaz-Balart, M.C.

Vern Buchanan, M.C.

Chris Van Hollen, M.C.

Brad Miller, M.C.

Thelma Drake, M.C.

Maurice Hinchey, M.C.

William Delahunt, M.C.

Jack Kingston, M.C.

Peter King, M.C.

Chris Cannon, M.C.

Walter Jones, M.C.

Bob Latta, M.C.

Ed Whitfield, M.C.

Donald Payne, M.C.

Robert Wexler, M.C.

Bruce L. Braley, M.C.

Eliot Engel, M.C.

Steve Israel, M.C.

Tim Bishop, M.C.

David Loebsack, M.C.

Nita Lowey, M.C.

Steve Cohen, M.C.

Dave Weldon, M.C.

Charles Gonzalez, M.C.

Jose Serrano, M.C.

Robert Aderholt, M.C.

Anthony Weiner, M.C.

Randy Kuhl, M.C.

cc:  Honorable Nancy Pelosi, Speaker;
     Honorable Steny Hoyer, Majority Leader;
     Honorable John Boehner, Minority Leader

# Exhibit B

# Congress of the United States
## Washington, DC 20515

June 2, 2008

Honorable Fortney Pete Stark　　　　Honorable Dave Camp
Chairman　　　　　　　　　　　　　　Ranking Member
House Committee on Ways and Means　House Committee on Ways and Means
Subcommittee on Health　　　　　　　Subcommittee on Health
1135 Longworth House Office Building　1135 Longworth House Office Building
Washington, D.C. 20515　　　　　　　Washington, D.C. 20515

Dear Chairman Stark and Ranking Member Camp:

We write to bring to your attention our continuing and serious concerns with the Medicare durable medical equipment, prosthetics, orthotics, and supplies (DMEPOS) competitive bidding program and ask that you support legislation this year to delay the implementation of this program until outstanding issues can be resolved.

Our overall concern is focused on the implementation of the program thus far and its implications for Medicare beneficiaries receiving high quality health care. Almost four million Medicare beneficiaries will be impacted by Round 1 of the competitive bidding program scheduled to take effect July 1. Eighteen million beneficiaries will be affected by Round 2 which is scheduled for implementation in July 2009. Our request is legislation that would delay the implementation of this program until outstanding issues are resolved.

Our first concern is the alleged discrepancies between information submitted by bidders and received by the Center for Medicare and Medicaid Services (CMS). We have all heard from long-standing companies who have offered quality homecare services for decades, but who have been excluded from the bidding program, apparently through no fault of their own. The vast majority of rejected bidders were informed that they have not submitted sufficient financial information, when in many cases, bidders have evidence they had. These rejected bidders have no appeal rights.

In other examples, reputable home oxygen providers were disqualified for allegedly bidding too low on certain individual items subject to bidding, while other providers based outside the market area were offered contracts for similarly-priced bids. Another serious concern is the reports of companies who won bids to serve beneficiaries in areas where the company has no proximate physical location and where the company has no history of serving. It is possible that contract suppliers may be able to quickly subcontract with local homecare providers, but we are very concerned that the suppliers will not be able to meet the needs of Medicare beneficiaries in bidding areas effective July 1, 2008.

Finally, we are seeking more transparency from CMS as to how bidders' financial information and service capacity were evaluated and how the single payment amount was

calculated. We have heard about numerous data anomalies and believe this information is critical to the bidding program's success. At the very least an internal review should be conducted to ensure the accuracy and effectiveness of the criteria for future bidding. We all agree that it is of the utmost importance that we protect access to quality medical supplies for all of Medicare beneficiaries and people with disabilities. Therefore, we urge that the implementation of Round 1 be delayed for at least a year.

Sincerely,

John Tanner, M.C.

David Hobson, M.C.

Jason Altmire, M.C.

Charlie Wilson, M.C.

Sam Farr, M.C.

Jon Porter, M.C.

Steve Chabot, M.C.

Tim Holden, M.C.

Tim Ryan, M.C.

Gary Ackerman, M.C.

Sam Graves, M.C.

Betty Sutton, M.C.

Nancy Boyda, M.C.

Michael Michaud, M.C.

Jim McGovern, M.C.

Diana DeGette, M.C.

Barney Frank, M.C.

Dennis Moore, M.C.

Niki Tsongas, M.C.

John Salazar, M.C.

David Scott, M.C.

Robert Andrews, M.C.

Rick Larsen, M.C.

Joe Courtney, M.C.

Peter Visclosky, M.C.

Dale Kildee, M.C.

David Davis, M.C.

Mike Ross, M.C.

James Oberstar, M.C.

Donald Manzullo, M.C.

Mark Udall, M.C.

Robert Wittman, M.C.

Carolyn McCarthy, M.C.

Ron Klein, M.C.

John Spratt, M.C.

John Sarbanes, M.C.

Robin Hayes, M.C.

Rob Bishop, M.C.

Rick Boucher, M.C.

Bob Etheridge, M.C.

Joe Baca, M.C.

Stephanie Herseth Sandlin, M.C.

Edolphus Towns, M.C.

Chris Smith, M.C.

Kendrick Meek, M.C.

Marcy Kaptur, M.C.

Joe Donnelly, M.C.

Ben Chandler, M.C.

Phil English, M.C.

Yvette Clarke, M.C.

Tom Allen, M.C.

Hank Johnson, M.C.

Sanford Bishop, M.C.

Tom Price, M.C.

C.A. Dutch Ruppersberger, M.C.

Jerry Moran, M.C.

Debbie Wasserman Schultz, M.C.

Phil Gingrey, M.C.

Chris Murphy, M.C.

Michael Turner, M.C.

Virgil Goode, M.C.

Jean Schmidt, M.C.

Mike Rogers, M.C. (AL-03)

Vito Fossella, M.C.

Robert Scott, M.C.

John Barrow, M.C.

Jim Cooper, M.C.

Mike Doyle, M.C.

Lois Capps, M.C.

Paul Kanjorski, M.C.

Michael McNulty, M.C.

Tim Walberg, M.C.

John Duncan, M.C.

Marsha Blackburn, M.C.

Jo Bonner, M.C.

Joe Wilson, M.C.

John Murtha, M.C.

Lincoln Davis, M.C.

Brian Higgins, M.C.

Luis Fortuño, M.C.

David Price, M.C.

Zach Wamp, M.C.

Jim Matheson, M.C.

Christopher Carney, M.C.

Henry Brown, M.C.

John Lewis, M.C.

John Yarmuth, M.C.

Lynn Westmoreland, M.C.

Ralph Regula, M.C.

Patrick Tiberi, M.C.

Danny Davis, M.C.

Paul Broun, M.C.

Peter Roskam, M.C.

Steven LaTourette, M.C.

Gus Bilirakis, M.C.

Tim Murphy, M.C.

Albio Sires, M.C.

Melvin Watt, M.C.

Shelley Moore Capito, M.C.

Heath Shuler, M.C.

Nick Rahall, M.C.

Michael Arcuri, M.C.

Mike Thompson, M.C.

Ileana Ros-Lehtinen, M.C.

Lincoln Diaz-Balart, M.C.

Vern Buchanan, M.C.

Chris Van Hollen, M.C.

Brad Miller, M.C.

Thelma Drake, M.C.

Maurice Hinchey, M.C.

William Delahunt, M.C.

Jack Kingston, M.C.

Peter King, M.C.

Chris Cannon, M.C.

Walter Jones, M.C.

Bob Latta, M.C.

Ed Whitfield, M.C.

Donald Payne, M.C.

Robert Wexler, M.C.

Bruce Braley, M.C.

Eliot Engel, M.C.

Steve Israel, M.C.

Tim Bishop, M.C.

David Loebsack, M.C.

Nita Lowey, M.C.

Steve Cohen, M.C.

Dave Weldon, M.C.

Charles Gonzalez, M.C.

Jose Serrano, M.C.

Robert Aderholt, M.C.

Anthony Weiner, M.C.

Randy Kuhl, M.C.

cc:    Honorable Nancy Pelosi, Speaker;
       Honorable Steny Hoyer, Majority Leader;
       Honorable John Boehner, Minority Leader

# Exhibit C

# United States Senate

WASHINGTON, DC 20510

June 10, 2008

The Honorable Harry Reid
Majority Leader
S-221
Washington D.C. 20510

The Honorable Mitch McConnell
Republican Leader
S-230
Washington D.C. 20510

The Honorable Max Baucus
Senate Finance Committee
219 Dirksen Senate Office Building
Washington D.C. 20510

The Honorable Charles Grassley
Senator Finance Committee
219 Dirksen Senate Office Building
Washington D.C. 20510

Dear Colleagues:

We write to bring to your attention our continuing and serious concerns with the durable medical equipment, prosthetics, orthotics, and supplies (DMEPOS) competitive bidding program and ask that you support legislation in the next few weeks to suspend implementation of this program until outstanding issues can be resolved.

Our overall concern is the implementation of the program thus far and its implications for Medicare beneficiaries receiving high quality health care. Almost four million Medicare beneficiaries will be affected by Round 1 of the competitive bidding program scheduled to take effect July 1. Eighteen million beneficiaries will be affected by Round 2, which is scheduled for implementation in 2009.

Our first concern is the alleged discrepancies between information submitted by bidders and received by the Center for Medicare and Medicaid Services (CMS). We have all heard from long-standing companies who have offered quality homecare services for decades, but who have been excluded from the bidding program, apparently through no fault of their own. The vast majority of rejected bidders were informed that they had not submitted sufficient financial information, when in many cases, bidders argue they had. In other examples, reputable home oxygen providers were disqualified for allegedly bidding too low on certain individual Medicare codes, while other providers based outside the market area were offered contracts for similarly-priced bids. Another serious concern is the reports of companies who won bids to serve beneficiaries in areas where the company has no proximate physical location and where the company has no history of service. This calls into question not only the capacity of the companies who have won bids to serve those beneficiaries, but also the whether subcontractors meet the program's new accreditation standards.

Additionally, we have concerns the bidding rules were not the same for all suppliers. The quality and experience of a provider is important to beneficiaries who have significant health care needs on an ongoing basis. Yet, in some cases, the bidding rules explicitly allowed suppliers to offer less choice to seniors based on their lack of experience in the market. As a result, we are hearing from our constituents that companies who won bids have no experience in delivering the product in which they were awarded a contract. We have concerns these situations will lead to poor service for our most vulnerable constituents.

Finally, we are seeking more transparency from CMS as to how bidders' financial information and service capacity were evaluated and how the single payment amount was calculated. We have heard

1

about numerous data anomalies and believe this information is key to the bidding program's success. At the very least an internal review should be done to ensure the accuracy and effectiveness of the criteria for future bidding. We all agree that it is of the utmost importance that we protect access to quality medical supplies for all of our seniors.

Given the gravity of these concerns, the importance of providing access to quality items and services under the Medicare program, and the need for a comprehensive beneficiary education campaign prior to changes in the DMEPOS program, we support legislation to delay the program until all of the issues can be addressed.

Sincerely,

2

*[Page of signatures]*

3

_Roger Wicker_

_Kay Bailey Hutchison_

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4

# Exhibit D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROLINA MEDICAL SALES, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **No. 1:07-cv-01298-RMU** |
| **v.** ) | |
| ) | |
| **LEAVITT, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DECLARATION OF AUTHENTICATION BY
## MATTHEW J. BLASCHKE

I, Matthew J. Blaschke, hereby declare as follows:

1. I am a citizen of the United States of American and am over the age of eighteen. I am competent and have knowledge of the facts described herein.

2. I am a practicing attorney in the Washington, D.C. office of King & Spalding, LLP. I am a member of good standing of the Bars of Maryland and the District of Columbia.

3. The following documents attached to the plaintiffs' Unopposed Motion for Leave to Supplement the Record are exact and unaltered copies of correspondence among Members of the United States Congress, made available on the American Association for Homecare website *See* http://www.aahomecare.org/ (last accessed on June 12, 2008).

   - **Exhibit A** - June 2, 2008 letter to the Honorable Charles Rangel and the Honorable Jim McCrery, Chairman and Ranking Member (respectively) of the House Committee on Ways and Means;

   - **Exhibit B** - June 2, 2008 letter to the Honorable Fortney Pete Stark and the Honorable Dave Camp, Chairman and Ranking Member (respectively) of the House Committee on Ways and Means, Subcommittee on Health; and

   - **Exhibit C** - June 10, 2008 letter to the Honorable Harry Reid, Senate Majority Leader; the Honorable Mitch McConnell, Senate Minority Leader; and the Honorable Max Baucus and the Honorable Charles Grassley, Chairman and Ranking Member (respectively) of the Senate Committee on Finance.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on June 16, 2008

Matthew J. Blaschke

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAROLINA MEDICAL SALES, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **No. 1:07-cv-01298-RMU** |
| ) | |
| **LEAVITT, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**[PROPOSED] ORDER**

The above-captioned case is before this Court for consideration of Plaintiffs' Unopposed

Motion for Leave to Supplement the Record.  Upon consideration of the submissions, and the

record herein, it is, by this Court, on this _____ day of _____, 2008:

  **ORDERED** that Plaintiffs' Unopposed Motion for Leave to Supplement the Record is

**GRANTED**; and

  **IT IS FURTHER ORDERED** that Exhibits A, B, C, and D, attached to Plaintiffs'

Unopposed Motion for Leave to Supplement the Record shall be included in the judicial record

in this matter.



                                    _____
                                    Judge
                                    United States District Court
                                    for the District of Columbia