UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| CAROLINA MEDICAL SALES, INC. *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-1298 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 15, 19, 24 |
| | : | | |
| MICHAEL LEAVITT, In his official capacity as Secretary of the U.S. Dep't of Health and Human Services *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### Granting the Defendants' Motion to Dismiss; Deferring Ruling on Plaintiffs' Motion to Strike; Finding as Moot Plaintiffs' Motion for Preliminary Injunction

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 19th day of June, 2008, it is hereby

**ORDERED** that the defendants' motion to dismiss is **GRANTED**, and the court defers from ruling on the plaintiffs' motion to strike; and it is

**FURTHER ORDERED** that the plaintiffs' motion for a preliminary injunction is **DENIED** as **MOOT**;

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge